United States Court of Appeals
Fifth Circuit

**F I L E D**

**October 25, 2006**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 05-51172
Conference Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JON PHILLIP RAMOS,

Defendant-Appellant.

---------------------
Appeal from the United States District Court
for the Western District of Texas
USDC No. 6:05-CR-28-ALL
---------------------

Before JOLLY, DeMOSS, and STEWART, Circuit Judges.

PER CURIAM:[*]

Counsel appointed to represent Jon Phillip Ramos on appeal
from the revocation of his term of supervised release has moved
for leave to withdraw and has filed a brief as is required by
Anders v. California, 386 U.S. 738 (1967).  Ramos has not
responded to counsel's motion.

Our independent review of the brief filed by counsel and of
the record discloses no nonfrivolous issue for appeal.  Counsel's
motion for leave to withdraw is GRANTED, counsel is excused

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

from further responsibilities, and the appeal is DISMISSED.

See 5TH CIR. R. 42.2.